# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

DUANE HENRIKSEN
    Plaintiff

V.                              NO:

JOSEPH WRIGHT
    Defendant

## NOTICE TO DEFEND

NOTICE You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action with twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

    Philadelphia County Bar Association
Lawyer Referral and Information Service
        One Reading Center
        Philadelphia, PA 19107
          (215)238-6333
        TTY (215) 451-6197

ADVISO Le han demandada a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificiacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entrega a la corte en forma escrita sus defenses o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perer dinero o sus propiedades uotros derechos importantes para used.

*Lleva esta demanda a un abogado inmediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

    *Asociacion de Licenciados de Filadelfia*
Servicio de Referencia e Informacion Legal
        One Reading Center
        Philadelphia, PA 19107
          (215) 238-6333
          (215) 451-6197

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

DUANE HENRIKSEN
    Plaintiff

V.

JOSEPH WRIGHT
    Defendants

NO:

## CIVIL ACTION COMPLAINT

### THE PARTIES

1. Plaintiff, DUANE HENRIKSEN, is a citizen and resident of the Commonwealth of Pennsylvania; is an adult individual; and resides at 105 Clover Lane, Perkiomenville, Pennsylvania, 18074.

2. Defendant, Joseph Wright, is, upon information and belief, a citizen and resident of the State of Delaware; is an adult individual; and resides at 12 Primrose Drive, Bear, Delaware, 19701.

### JURISDICTION

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1332(a)(1) in that "the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

4. Venue over this action is appropriate in this matter pursuant to 28 U.S.C. 1391(a)(2), in the Eastern District of Pennsylvania in that it is where a substantial part of the events or omissions giving rise to the claim occurred.

### FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

5. Plaintiff, DUANE HENRIKSEN, incorporates by reference herein the allegations set forth in paragraphs one (1) through four (4), inclusive, of this Civil Action as though the same were set forth

herein more fully at length.

6. At all times material to this Civil Action, Plaintiff was a passenger in a motor vehicle owned by CCAP Auto Lease LTD, and operated, managed, and/or controlled by his spouse, Sian Catherine Bastable, such vehicle being a 2021 Jeep Wrangler, VIN 1C4HJXDG8MW552610.

7. At all times material to this Civil Action, Defendant, JOSEPH WRIGHT, owned, operated, maintained and/or controlled a motor vehicle, to wit, a 2023 Chevrolet Equinox, VIN 3GNAXTEGXPL168837.

8. On December 16, 2023, the Plaintiff, DUANE HENRIKSEN was a passenger in the aforesaid vehicle travelling Northbound on Layfield Road, State Route 663, at or near its intersection with Hill Road, in New Hanover Township, Montgomery County, Commonwealth of Pennsylvania.

9. While Plaintiff's vehicle came to a complete stop at the intersection with the red light, the Defendant, JOSEPH WRIGHT, operating his vehicle in the same direction, operated the vehicle in such a negligent and/or careless manner as to strike the rear of the Plaintiff, DUANE HENRIKSEN'S vehicle, resulting in a serious rear-end automobile accident, driving the Plaintiff's vehicle into the next car in traffic, and causing Plaintiff to sustain severe and permanent injuries and other losses hereinafter more fully set forth herein.

10. The injuries resulted solely from the negligence and/or carelessness of the Defendant, JOSEPH WRIGHT, in the ownership, operation, management, possession, and control of his vehicle, and was in no manner whatsoever due to any act or failure to act on the part of the Plaintiff, DUANE HENRIKSEN.

## COUNT I
## NEGLIGENCE

11. Plaintiff, DUANE HENRIKSEN, incorporates by reference herein the allegations set forth in paragraphs one (1) through ten (10), inclusive, of this Civil Action as though the same were set forth herein more fully at length.

12. The aforesaid motor vehicle accident was caused by reason of the negligence and/or carelessness of the Defendant, JOSEPH WRIGHT, and in addition to the aforementioned, consisted of the following:

   a. Operating a motor vehicle at a high and dangerous rate of speed under the circumstances;

   b. Failing to have a motor vehicle under proper control at that time;

   c. Failure to use the highest degree of skill in the operation of a motor vehicle;

   d. Failing to keep a proper lookout for obstructions;

   e. Continuing to operate a vehicle in a direction toward such an obstruction, when Defendant, JOSEPH WRIGHT, saw, or in the exercise of reasonable diligence should have seen that further operation in that direction would result in a collision;

   f. Failing to stop the motor vehicle upon the shortest possible notice;

   g. Failing to yield the right of way, or failing to stop without confirming it is safe to do so

13. As a result of the aforesaid negligence and/or carelessness of the Defendant, JOSEPH WRIGHT, was caused to sustain severe and permanent injuries requiring medical treatment, to the bones, joints, muscles, tendons, blood vessels, and soft tissues throughout his body, including, but not limited to his neck, shoulder, lower back, and head, and was caused immeasurable pain and suffering, was prevented from pursuing his usual activities, has permanent disabilities that will affect Plaintiff, DUANE HENRIKSEN, and may have caused Plaintiff to sustain other diverse losses and to incur such expenditures for an indefinite period of time in the future, to his great detriment and loss.

   **WHEREFORE,** Plaintiff, DUANE HENRIKSEN, demands judgment in his favor and against Defendant, JOSEPH WRIGHT, in an amount in excess of Arbitration Limits, together with interest, costs of suit, attorney's fees, and such other relief as this Honorable Court deems just and proper.

   **JURY TRIAL DEMANDED**

                        **The Law Offices of Jeremy Z. Mittman**

DATED: December 12, 2025        BY: _____
                                              JEREMY Z. MITTMAN, ESQUIRE
                                              THE LAW OFFICES OF JEREMY Z. MITTMAN
                                              593 Bethlehem Pike, Suite 10
                                              Montgomeryville, PA  18936
                                              (215) 822-9004
                                              (267) 552-6130 (fax)
                                              Contact@JeremyMittman.com